**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6787**

_____

LEO BRANDON FARNSWORTH,

Plaintiff - Appellant,

v.

JANET YELLEN, Secretary of the Treasury,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:21-cv-00623-MFU-JCH)

_____

Submitted:  September 22, 2022                Decided:  September 27, 2022

_____

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Leo Brandon Farnsworth, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Brandon Farnsworth appeals the district court's order dismissing, for lack of subject matter jurisdiction, his civil action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80 ("FTCA"), against Defendant Janet Yellen, the United States Secretary of the Treasury. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Farnsworth's informal brief does not challenge the district court's dispositive determination that he failed to allege any claims under state law that would be actionable under the FTCA, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2